1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court

Southern District of California

(Hon. Peter C. Lewis)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2389W(PCL) |
| | ) | |
| Plaintiff, | ) | **Deposition Order For Material Witnesses** |
| | ) | |
| v. | ) | |
| | ) | |
| TOMAS FLOREZ-MARTINEZ, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Upon request of material witnesses Roberto Parra-Angel and Zuleyma Barban-Garcia [the "material witnesses"], by and through their attorney, Marilyn B. Gunner, and good cause appearing:

**Order**

1.      The material witnesses being held in custody in case number 07CR2389W shall be deposed on   **October 18, 2007**  , at   **10:00**  a.m.  The depositions will take place in the office of the United States Attorney located at 880 Front Street, Fifth Floor, San Diego, California.

2.      All parties, meaning the United States and the defendant(s), shall attend the material witness depositions.  The arresting agency shall bring the material witnesses to the depositions.  If, in custody, the defendant shall be brought separately to the deposition and a marshal shall remain present during the proceeding.

3.      The United States Attorney's Office shall provide a videotape operator ("operator") and, if necessary, arrange for a court-certified interpreter to be present for the material witnesses. The cost of the interpreter for the material witnesses shall be borne by the United States Attorney's Office.

4.      If a defendant needs an interpreter other than the interpreter for the material witnesses (if any), then defense counsel shall arrange for a court-certified interpreter to be present. The cost of a separate interpreter for the defendant shall be paid by the court.

5.      The United States Attorney's Office shall arrange for a certified court reporter to be present. The court reporter shall stenographically record the testimony, serve as a notary and preside at the depositions in accordance with Rule 28(a) of the Federal Rules of Civil Procedure. The cost of the court reporter shall be borne by the United States Attorney's Office.

6.      The depositions shall be recorded by videotape, meaning a magnetic tape that records sound as well as visual images. At the conclusion of each deposition, on the record, the witness or any party may elect to have the witness review the videotape record of the deposition to check for errors or omissions and to note any changes. Any errors, omissions or changes, and the reasons for making them, shall be stated in writing, signed by the witness, delivered to the notary in a sealed envelope and filed in the same fashion as described in Paragraph 17 below, unless the parties agree on the record to a different procedure.

7.      The operator shall select and supply all equipment required to videotape the depositions and shall determine all matters of staging and technique, such as number and placement of cameras and microphones, lighting, camera angle, and background. The operator shall determine these matters in a manner that accurately reproduces the appearance of the witnesses and assures clear reproduction of both the witnesses' testimony and the statements of counsel. The witnesses, or any party to the action, may object on the record to the manner in which the operator handles of any of these matters. Any objections shall be considered by the court in ruling on the admissibility of the videotape record. All such objections shall be deemed waived unless made promptly after the objector knows, or had reasonable grounds to know, of the basis for such objections.

8.      The depositions shall be recorded in a fair, impartial, and objective manner. The videotape equipment shall be focused on the witness; however, the operator may, when necessary or appropriate, focus upon charts, photographs, exhibits, or like material being shown to the witness.

9.      Before examination of each witness begins, the Assistant U.S. Attorney shall state on the record his/her name; the date, time and place of the deposition; the name of the witness; the

U.S. v. Tomas Florez-Martinez, Crim. Case No. 07CR2389W
Order for the Videotaped Depositions of the Material Witnesses

Page 2 of  5

identity of the parties and the names of all persons present in the deposition room. The court reporter shall then swear the witness on the record. Prior to any counsel beginning an examination of each witness, that counsel shall identify himself/herself and his/her respective client on the record.

10.     Once each deposition begins, the operator shall not stop the videotape recorder until the deposition concludes, except that, any party or the witness may request a brief recess, which request will be honored unless a party objects and specifies a good faith basis for the objection on the record. Each time the recording is stopped, the operator shall state on the record the time the recording stopped and the time it resumed. If the deposition requires the use of more than one tape, the operator shall sequentially identify on the record the end and beginning of each tape.

11.     All objections both as to form and substance shall be recorded as if the objection had been overruled. The court shall rule on the objections at the appropriate time. The party raising the objection(s) shall prepare a transcript for the court to consider. All objections shall be deemed waived unless made during the deposition.

12.     The party offering the deposition into evidence at trial shall provide the court with a transcript of the portions so offered.

13.     Copies of all exhibits utilized during the videotaped deposition shall be attached to the videotape record.

14.     At the conclusion of the depositions, any objection, including the basis, to release of the material witnesses from custody shall be stated on the record. If there is no objection, the attorney for the material witnesses shall immediately serve all parties with a "Stipulation and Proposed Order for Release of the Material Witnesses", and submit the Order to the Clerk of Court for the judge's signature. Prior to release from custody the attorney for the government shall serve the material witnesses with a subpoena for the trial date and a travel fund advance letter.

15.     The operator shall provide a copy of the videotape depositions to any party who requests a copy at that party's expense. After preparing the requested copies, if any, the operator shall deliver the original videotapes to the notary along with a certificate signed by the operator attesting that the videotapes are an accurate and complete record of the videotaped depositions. The

U.S. v. Tomas Florez-Martinez, Crim. Case No. 07CR2389W
Order for the Videotaped Depositions of the Material Witnesses

Page 3 of 5

1    notary shall file the original tapes and certification with the Clerk of Court in a sealed envelope

2    marked with the caption of the case, the name of the witnesses and date of the depositions.

3           16.    The notary shall file with the Clerk of Court in a sealed envelope the original

4    videotapes, along with the any exhibits offered during the depositions.  The sealed envelope shall

5    be marked with the caption of the case, the name of the witnesses, and the date of the depositions.

6    To that envelope, the notary shall attach the certificate of the operator.  <u>If all counsel stipulate on</u>

7    <u>the record, the government may maintain the original videotapes until production is ordered by the</u>

8    <u>court or requested by any party.</u>

9           17.    Unless waived by the parties, the notary shall give prompt notice to all parties of the

10   filing of the videotaped depositions with the court pursuant to Federal Rule Civil Procedure 30(f)(3).

11          18.    If any party objects on the record to the release of the material witnesses from

12   custody, the objecting party must request in writing a hearing on the issue before the federal judge

13   who is assigned the case or to such other district judge or magistrate judge as they may designate.

14   <u>Notice of the Request for Hearing must be served on all parties and filed with the Clerk of Court</u>

15   <u>within twenty-four (24) hours after the completion of the depositions, with a courtesy copy to</u>

16   <u>chambers.</u>  The court will set a briefing schedule, if appropriate, and a date and time for the

17   objection to be heard as soon as reasonably practicable.  At the hearing, the objecting party must

18   establish to the court's satisfaction an appropriate legal basis for the material witnesses to remain

19   in custody.  If, after the hearing, the court orders the release of the material witnesses, the material

20   witness attorney shall immediately present the release order to the court for signature and filing.

21   Before release of the material witnesses, the government shall serve the material witnesses with a

22   subpoena for the trial date and a travel fund advance letter.

23          **It Is So Ordered.**

24

25   DATED:  October 1, 2007

26                                                                    _____

27                                                                    Peter C. Lewis
                                                                      U.S. Magistrate Judge
                                                                      United States District Court
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28